UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60093-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**CHELSEA ALEXIS NICOLE JACKSON**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 16]

THIS CAUSE came before the Court on Magistrate Judge Patrick M. Hunt's Report and Recommendation on Change of Plea, entered on July 12, 2024 [ECF No. 16].

THIS COURT has reviewed Judge Hunt's Report and Recommendation and the pertinent portions of the record, including Defendant's Notice of Non-Objection, filed on July 15, 2024 [ECF No. 17], and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 16]** is **AFFIRMED AND ADOPTED**, and Defendant, Chelsea Alexis Nicole Jackson's change of plea is accepted.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 16th day of July, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

Case No. 11-23319-CIV-ALTONAGA/White
Magistrate Judge Patrick M. Hunt

2